```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 12960
   MICHAEL FRANZ LAWHEAD
   VICTORIA ROSE LAWHEAD                  CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-3589    SSN XXX-XX-7109

-----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/19/07 and confirmed on 09/21/07.

   2.  The case was converted to Chapter 7 after confirmation, 07/03/2008.

   3.  The Debtor paid a total of $  12550.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC PAYMENT CENTER | SECURED VEHIC | 3278.24 | 156.88 | 2442.67 |
| CAPITAL ONE BANK | UNSECURED | 5965.92 | .00 | 913.26 |
| B REAL LLC | UNSECURED | 3468.24 | .00 | 530.91 |
| B REAL LLC | UNSECURED | 8805.41 | .00 | 1347.92 |
| CHRISTINA G STEIL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 12704.66 | .00 | 1944.81 |
| DISCOVER BANK | UNSECURED | 5308.01 | .00 | 812.54 |
| DUPAGE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 286.76 | .00 | 43.88 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 223.76 | .00 | 19.71 |
| SBC AMERITECH CORP | UNSECURED | NOT FILED | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 6945.90 | .00 | 1063.27 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3278.24 | .00 | 43708.66 | .00 | 46986.90 |
| PRINCIPAL PAID | 2442.67 | .00 | 6676.30 | .00 | 9118.97 |
| INTEREST PAID | 156.88 | .00 | .00 | .00 | 156.88 |
| TOTAL PAID | 2599.55 | .00 | 6676.30 | .00 | 9275.85 |

```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3500.00
and was paid $    890.00   direct and $   2610.00   through the plan.

The Trustee received $     664.15 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 10/09/08                       /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```